**The below described is SIGNED.**

(ts)

**Dated: August 13, 2010**    _William T. Thurman_
                                                  **WILLIAM T. THURMAN**
                                                  **U.S. Bankruptcy Chief Judge**

_____

*Order prepared by:*
Kevin R. Anderson
Office Chapter 13 Trustee
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone:  (801) 596-2884
Facsimile:   (801) 596-2898
kratrusteemail@ch13kra.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| In re:  <br><br>   MICHAEL WAYNE GRAHAM  <br><br> Debtor. | Case No. 10-25988 <br> Chapter 13 <br> *FILED ELECTRONICALLY* <br> Judge William T. Thurman <br> (Confirmation Hearing:  *07/20/10 at 10:30 AM*) |

### ORDER CONTINUING CONFIRMATION HEARING
### FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter13 plan came before this Court on *07/20/10 at 10:30 AM*.  Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The hearing on confirmation is continued to September 20, 2010, at 8:00 AM.

2. The motion to withdraw as attorney is orally withdrawn.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan may be denied and the case may be

**Filed: 08/03/10**

Entered On Docket: 08/13/2010

dismissed without further notice and hearing:

      1.    On or before September 5, 2010, the Debtor shall file with the proper taxing authority and provide the Trustee's office with copies of his 2005, 2006, 2007 and 2008 state tax returns.

## END OF DOCUMENT



*Printed by A on 8/3/10*

2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 3rd day of August 2010. Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order. If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

        Michael A. Parkes
        ECF NOTIFICATION

        GALE FRANCIS
        UTAH STATE TAX COMMISSION
        ECF NOTIFICATION

        _____/s/_____
        Office Chapter 13 Trustee

**COURT SERVICE LIST**

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

Michael A. Parkes
ECF NOTFICATION

MICHAEL WAYNE GRAHAM
1678 EAST 1510 SOUTH
SPANISH FORK, UT 84660-0000

GALE FRANCIS
UTAH STATE TAX COMMISSION
ECF NOTIFICATION

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: mfm                   Page 1 of 1                  Date Rcvd: Aug 13, 2010
Case: 10-25988                Form ID: pdfor1             Total Noticed: 1

The following entities were noticed by first class mail on Aug 15, 2010.
db           +Michael Wayne Graham,   1678 East 1510 South,   Spanish Fork, UT 84660-6446

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**               **Signature:** *Joseph Speetjens*