**The below described is SIGNED.**

(ts)

**Dated: October 21, 2010**  _____/s/ William T. Thurman_____
                                **WILLIAM T. THURMAN**
                                **U.S. Bankruptcy Chief Judge**



_____

Kevin R. Anderson (4786)
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| IN RE:<br>MICHAEL WAYNE GRAHAM<br><br>Debtor | CASE NO: 10-25988<br><br>Chapter 13    FILED ELECTRONICALLY<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

**ORDER DISMISSING CHAPTER 13 CASE FOLLOWING
CONFIRMATION HEARING**

The Debtor filed a Chapter 13 Petition on May 06, 2010. A Notice of a Contested Confirmation Hearing was provided to all parties in interest. At the confirmation hearing held October 4, 2010 10:00 am, Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel, and other parties, if any, made their appearances on the record. Having heard the representations of the parties and recommendations of the Trustee, and having determined that all requirements for confirmation have not been met, the Court hereby ORDERS:

1. The case is dismissed.

**Filed: 10/08/10**

Entered On Docket: 10/21/2010

2. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) any allowed expense fee to the Trustee; (2) adequate protection payments stipulated to by the parties or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the total amount of $1,600.12, less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtor pursuant to 11 U.S.C. 1326(a)(2) by a check made payable to the Debtor and mailed to the debtors' most recent address on file with the Bankruptcy Court.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 10/08/2010, a true and correct copy of the foregoing Order was properly addressed, posted in the U.S. Mail, first-class, postage prepaid to the following parties at the addresses listed below:

MICHAEL WAYNE GRAHAM, 1678 EAST 1510 SOUTH , SPANISH FORK, UT  84660

Michael A. Parkes, Parkes Law Firm, PLLC , 3355 N. University Ave. , Suite 250D , Provo, UT  84604

/S/
Employee of Office of Chapter 13 Trustee

**COURT SERVICE LIST**

KEVIN R. ANDERSON, TRUSTEE - ECF NOTIFICATION

MICHAEL WAYNE GRAHAM, 1678 EAST 1510 SOUTH , SPANISH FORK, UT  84660

Michael A. Parkes, Parkes Law Firm, PLLC , 3355 N. University Ave. , Suite 250D , Provo, UT  84604

*Order DISMISSING Case*
*Case No. 1025988*

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: gci                   Page 1 of 1                   Date Rcvd: Oct 21, 2010
Case: 10-25988                Form ID: pdfor1             Total Noticed: 24

The following entities were noticed by first class mail on Oct 23, 2010.
db         +Michael Wayne Graham,   1678 East 1510 South,    Spanish Fork, UT 84660-6446
aty         Gale K. x3Francis,    Office of the Attorney General,    160 East 300 South,    Fifth Floor,
              P.O. Box 140874,    Salt Lake City, UT 84114-0874
aty        +Michael A. Parkes,    Parkes Law Firm, PLLC,    3355 N. University Ave.,    Suite 250D,
              Provo, UT 84604-4481
7016591    +Burton Lumber & Hardware Co.,    c/o Robert Burton,    1170 S 4400 W, PO BOX 27206,
              Salt Lake City, Utah 84104-4413
7128046    +Checknet Inc.,    746 East 1910 South, Suite 3,    Provo UT 84606-6225
7131230     Intermountain Health Care, Inc.,    P.O. Box 27808,    Salt Lake City UT 84127-0808
7016597    +Janet McKell,    947 East 80 North,    Orem, Utah 84097-4978
7150086    +Janine P. Graham,    2244 North Canyon Road,    Provo, Utah 84604-5800
7198733    +Law Offices of Quinn M. Kofford,    43 North 470 West,    American Fork, UT 84003-2267
7016596    +Marla R. Snow, P.C.,    397 N. Main St.,    Spanish Fork, UT 84660-1734
7016600    +Mountain Land Collections, Inc.,    c/o Ranee Barney,    202 W. 3300 N.,    Provo, UT 84604-4474
7016601    +North Star Capital Acquisition,    c/o CT Corporation System,    136 East South Temple, Ste. 2100,
              Salt Lake City, UT 84111-1124
7016598    +Phil,    855 West 250 North,    Spanish Fork, Utah 84660-2085
7098614    +Premier Bankcard/Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
7039155     Questar Gas Company,    Bankruptcy Dept. DNR 244,    1140 West 200 South,    P. O. Box 3194,
              Salt Lake City UT 84110-3194
7016592     Questar Gas Company,    c/o T.C. Jepperson,    180 E 100 S,   PO BOX 45433,
              Salt Lake City, UT 84145-0433
7016599    +Top-It,    777 N. Main,    Springville, UT 84663-1047
7016593    +Utah County Surgical Associates,    c/o Richard Milton Thomas,    3550 N. University Ave., #250,
              Provo, UT 84604-6685
7016594    +Utah Radiology Billing,    c/o L. James Jensen, Jr.,    283 E. 930 S.,    Orem, UT 84058-5001
7016595    +Utah Valley Emergency Physicians,    c/o Mark D. Whittaker,    1095 S. 800 E., Ste. 1,
              Orem, UT 84097-7252

The following entities were noticed by electronic transmission on Oct 22, 2010.
tr         +E-mail/Text: elarsen@ch13kra.com                            Kevin R. Anderson tr,
              405 South Main Street,    Suite 600,    Salt Lake City, UT 84111-3408
ust        +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov                           United States Trustee,
              Ken Garff Bldg.,    405 South Main Street,    Suite 300,   Salt Lake City, UT 84111-3402
cr          E-mail/Text: TXBANKRUPT@UTAH.GOV                            Utah State Tax Commission,
              Attn Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT  84134-9000
7016602    +E-mail/Text: sagelinnell@north-american-recovery.com                          NAR, Inc.,
              c/o David J. Saxton,    5225 Wiley Post Way, Ste. 410,    Salt Lake City, UT 84116-2561
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**              **Signature:** _Joseph Speetjens_